John E. LUKENBILL v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3595.

Circuit Court of Appeals, Tenth Circuit.

Jan. 8, 1948.

Edward E. Pringle, of Denver, Colo., for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded for further proceedings without written opinion.

Fred Clifford MARTIN v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3599.

Circuit Court of Appeals, Tenth Circuit.

Jan. 13, 1948.

Writ of Certiorari Granted March 15, 1948.

See 68 S.Ct. 736.

Frances Hickey Schalow, of Denver, Colo., for appellant.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of the district court reversed on authority of Johnston v. Wright, 9 Cir., 137 F.2d 914.

Ray MEADORS v. UNITED STATES of America.

No. 3601.

Circuit Court of Appeals, Tenth Circuit.

Dec. 16, 1947.

Woodford, Skinner & Ballinger, of Holdenville, Okl., for appellant.

Cleon A. Summers, U. S. Atty., and J. W. Crawford, Asst. U. S. Atty., both of Muskogee, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgment of the district court, 70 F.Supp. 800, reversed and cause remanded per stipulation.

Lily Ho QUON and Albert T. Quon, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11626.

Circuit Court of Appeals, Ninth Circuit.

Jan. 2, 1948.

Rehearing Denied Feb. 11, 1948.

George T. Altman, of Los Angeles, Cal., for petitioner.

Theron L. Caudle, Asst. Atty. Gen., and Sewall Key, A. F. Prescott and Fred E. Youngman, Sp. Assts. Atty. Gen., for respondent.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the Tax Court is affirmed.